UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00355-MOC-DSC

| | |
|---|---|
| **CATAWBA RIVERKEEPER FOUNDATION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DUKE ENERGY CAROLINAS, LLC,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's Motion Objections to the Memorandum and Recommendation of Magistrate Judge Cayer (#21). Having considered plaintiff's motion and reviewed the pleadings, including the M&R (#20) and defendant's Response (#24), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion Objections to the Memorandum and Recommendation of Magistrate Judge Cayer (#21) are **CALENDARED FOR HEARING** March 12, 2014, at 12 noon.

Signed: 1/30/2014

Max O. Cogburn Jr.
United States District Judge