IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:13-cv-00355-MOC-DSC

| | |
|---|---|
| CATAWBA RIVERKEEPER FOUNDATION, INC., <br><br>Plaintiff,<br><br>v.<br><br>DUKE ENERGY CAROLINAS, LLC,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Joint Motion for Stay of Discovery" (document #31) filed on April 29, 2014. Having carefully considered the Motion, the Court will grant the Motion.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: May 2, 2014

David S. Cayer
United States Magistrate Judge