# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:13-cv-00355-MOC-DSC

CATAWBA RIVERKEEPER
FOUNDATION, INC.,

    Plaintiff,

v.

DUKE ENERGY CAROLINAS, LLC,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on "Joint Motion for Stay of Discovery" (document #37) filed on July 24, 2014. Having carefully considered the Motion, the Court will grant the Motion.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 25, 2014

David S. Cayer
United States Magistrate Judge