IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:13-cv-00355-MOC-DSC

CATAWBA RIVERKEEPER
FOUNDATION, INC.,

    Plaintiff,

    v.

DUKE ENERGY CAROLINAS, LLC,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on "Joint Motion for Stay of Discovery" (document #39) filed on August 25, 2014. Having carefully considered the Motion, the Court will <u>grant</u> the Motion.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 26, 2014

David S. Cayer
United States Magistrate Judge