IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:13-cv-00355-MOC-DSC

| | |
|---|---|
| CATAWBA RIVERKEEPER FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> DUKE ENERGY CAROLINAS, LLC, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Joint Motion for Stay of Discovery" (document #43) filed on December 22, 2014. Having carefully considered the Motion, the Court will <u>grant</u> the Motion.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: December 22, 2014

David S. Cayer
United States Magistrate Judge