UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00355-MOC-DSC

| | | |
|---|---|---|
| **CATAWBA RIVERKEEPER FOUNDATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DUKE ENERGY CAROLINAS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint Motion for Stay of Discovery. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Stay of Discovery (#49) is GRANTED, and discovery is further stayed up to and inclusive of July 13, 2015.

Signed: June 2, 2015

Max O. Cogburn Jr.
United States District Judge

-1-