## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:13-cv-00355-MOC-DSC

CATAWBA RIVERKEEPER )
FOUNDATION, INC., )
  )
      Plaintiff, )
  )       **ORDER**
v. )
  )
DUKE ENERGY CAROLINAS, LLC, )
  )
      Defendant. )
  )

**UPON MOTION BY DEFENDANT** for abatement of this matter pending a ruling on a motion for summary judgment that will, if granted, resolve the issues material to the outcome of this matter, and the Plaintiff having given its consent to the relief sought, this Court has determined that good cause exists to grant Defendant's motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Consent Motion to Hold Matter in Abeyance (#54) is **ALLOWED**, this matter **ABATED** and all proceedings are **SUSPENDED** until further Order of this Court.

Defendant is directed to advise this Court, in writing, of the disposition of the hearing scheduled on its motion in the related proceeding in North Carolina State Court scheduled for

September 14, 2015, within three business days of the entry of an Order or other disposition by

the Honorable Judge of the North Carolina General Court of Justice, Superior Court Division.


Max O. Cogburn Jr.
United States District Judge